30-D
R.C. 3517.10

# Designation of Treasurer
Prescribed by Secretary of State 07/05

HAMILTON COUNTY
BOARD OF ELECTIONS
2013 JUN 20 PM 3:19

## All Committees

| Full Name of Committee | | | |
|---|---|---|---|
| PLATT FOR JUDGE CAMPAIGN COMMITTEE | | | |
| Street Address | Telephone Number | | e-mail Address |
| 3630 Zumstein Avenue | (513) 617-2263 | | |
| City | State | Zip Code | FAX Number |
| Cincinnati | OH | 45208 | |
| Full Name of Treasurer | | | |
| Mark W. Miller | | | |
| Street Address | Telephone Number | | e-mail Address |
| 3630 Zumstein Avenue | (513) 617-2263 | | |
| City | State | Zip Code | FAX Number |
| Cincinnati | OH | 45208 | |
| Full Name of Deputy Treasurer (if any) | | | |
| | | | |
| Street Address | Telephone Number | | e-mail Address |
| | | | |
| City | State | Zip Code | FAX Number |
| | OH | | |

## Candidate's Campaign Committees Only

| Full Name of Candidate | Party Affiliation/Independent/Non-Partisan |
|---|---|
| Joseph P. Platt | |

| Street Address | Office Sought | Subdivision/District |
|---|---|---|
| 4308 Hubble Road | Common Pleas Judge | Hamilton County |
| City | State | Zip Code | Election Year |
| Cincinnati | OH | 45247 | 2014 |

Signature of Candidate: [signature]  Date: 6/20/13

## Political Action Committees Only

| Is the PAC sponsored by a labor organization or corporation? ☐ No ☐ Yes | If Yes, name the sponsor | | Acronym, if any |
|---|---|---|---|
| PAC Registration Number | Authorized Signature | Date | List any affiliated PACs |

## Political Parties, Political Contributing Entities, or Legislative Campaign Funds Only

| Authorized Signature [signature] | Date | Ballot Issue PAC? ☐ Yes ☐ No |
|---|---|---|

Signature of Treasurer: [signature]   Date: 19 Jan 2013

Reason(s) for filing this form:
■ Original Designation of Treasurer/Acknowledgement of Appointment
☐ Change of Treasurer/Acknowledgement of Appointment
☐ Designation or change of Deputy Treasurer
☐ Change of Address for _____

☐ Change of Committee name. The previous name was: _____

☐ Change of Filing Location. The previous location was: _____
The new location is: _____

☐ Change of Office Sought from _____ to _____

☐ Other. Please explain: _____

Exhibit B